UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :

       Plaintiff,                          Criminal No. 09-197-01

v.                                :

YOMI JAGUNNA                                    O R D E R

       Defendant.             :

It appearing that Defendant has filed a Motion to Appoint Counsel [Doc. #36], a Motion to Redact [Doc. #40] and a Motion to Compel [Doc. #41];

It is on this 9th day of January, 2013,

That the following is hereby ORDERED;

The Motion to Appoint [Doc. #36] is DENIED as moot based on the Judgment of the Court of Appeals, filed on May 3, 2011;

The Motion to Redact [Doc. #40] is DENIED. The court has no basis to redact the referenced information. Moreover, Defendant's medical status was raised specifically by Defendant in requesting a downward departure and;

The Motion to Compel [Doc. #41] is DISMISSED as moot based on the letter filed by Carl Herman, Esq., [Doc. #42] filed on July 31, 2012.

                              SUSAN D. WIGENTON
                              United States District Judge